IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | Chapter 7 |
|---|---|
| JON TROY ALTER, | Case No. 05-06547-PHX-SSC |
| Debtor. | Adversary No. 05-579 |
| | |
| JERRY & BETTY MAE KELLY, | ORDER INCORPORATING MEMORANDUM DECISION DATED SEPTEMBER 18, 2006 |
| Plaintiff, v. | |
| JON TROY ALTER, | |
| Defendant. | |

Based upon this Court's Memorandum Decision dated September 18, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiffs have established all the elements of 11 U.S.C.§ 523 (a)(2)(A). Therefore, the entire debt owed to the Plaintiffs is nondischargeable.

DATED this 18th day of September, 2006.

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge